IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Plaintiff,

  v.

MARIO TERZIC, et al.,

    Defendants.

No. C 13-03565 WHA

**ORDER SETTING HEARING DATE**

In the interest of judicial efficiency, both pending motions to dismiss (Dkt. Nos. 19–20) will be heard on the same day: **NOVEMBER 14, 2013 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE