**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LIBERTY MUTUAL FIRE INSURANCE
     COMPANY,
11                                                          No. C 13-03565 WHA
                    Plaintiff,
12
        v.
13
                                                            **ORDER SETTING**
     MARIO TERZIC, et al.,                                  **HEARING DATE**
14
                    Defendants.
15   _____/

16

17          In the interest of judicial efficiency, both pending motions to dismiss (Dkt. Nos. 19–20)

18   will be heard on the same day:  **NOVEMBER 14, 2013 AT 8:00 A.M.**

19

20          **IT IS SO ORDERED.**

21

22   Dated:   October 16, 2013.

23                                                          WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28