Ronald D. Foreman, No. 061148
**FOREMAN & BRASSO**
Attorneys at Law
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone:   415-433-3475
Facsimile:   415-781-8030
email:   rdf@foremanandbrasso.com

Attorneys for Defendants
Mario Terzic and
British Motor Car Distributors, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARIO TERZIC; BRITISH MOTOR CAR DISTRIBUTORS, LTD; AUTOMOBILI LAMBORGHINI AMERICA, LLC.,<br><br>Defendants. | No. CV 13 3565 – JSC<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed: August 1, 2013<br><br>Judge: Hon. Jacqueline S. Corley |

NOTICE is hereby given that, subject to approval by the court, Automobili Lamborghini America, LLC substitutes Ronald D. Foreman (Foreman & Brasso), State Bar No. 061148, as counsel of record in place of Ramiro Morales (Morales Fierro & Reeves). Contact information for new counsel is as follows:

*Firm Name*:   Foreman & Brasso

*Firm Address*:   930 Montgomery Street, Ste. 600, San Francisco, CA 94133

*Telephone*:   415-433-3475   *Facsimile*:   415-781-8030

CBM-PRODUCTS\SF603907

CONSENT ORDER GRANTING SUB. OF ATTY                                    No. CV 13 3565 – JSC

| | | |
|---|---|---|
| 1 | I consent to the above substitution. | Automobili Lamborghini America, LLC |
| 2 | | |
| 3 | Date: September 30, 2013 | *(signature)* |
| 4 | | (Signature of Party) |
| 5 | | Paul V. Reformee
In-House Counsel for ALA LLC |
| 6 | | |
| 7 | I consent to the above substitution. | Morales Fierro & Reeves |
| 8 | | |
| 9 | Date: _____ | _____ |
| 10 | | (Signature of Former Attorney) |
| 11 | | |
| 12 | | |
| 13 | I consent to the above substitution. | Foreman & Brasso |
| 14 | | |
| 15 | Date: _____ | _____ |
| 16 | | (Signature of New Attorney) |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | The substitution of attorney is hereby approved and so ORDERED. | |
| 21 | | |
| 22 | Date: _____ | _____ |
| 23 | | Judge |

| | | |
|---|---|---|
| 1 | I consent to the above substitution. | Automobili Lamborghini America, LLC |
| 2 | | |
| 3 | Date: _____ | _____ |
| 4 | | *(Signature of Party)* |

I consent to the above substitution.   Morales Fierro & Reeves

Date: 9/30/13   _____
*(Signature of Former Attorney)*

I consent to the above substitution.   Foreman & Brass

Date: 10/7/13   _____
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: October 16, 2013.   _____
William Alsup
United States District Judge

CBM-PRODUCTS\SF603907                          -2-
CONSENT ORDER GRANTING SUB. OF ATTY                   No. CV 13 3565 – JSC